≈JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Alexis Abbatemarco

## DEFENDANTS
Trump Entertainment Resorts, Inc.

**(b)** County of Residence of First Listed Plaintiff _____

County of Residence of First Listed Defendant: **Atlantic County**

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)
Samuel A. Dion, Esq. Dion & Goldberger, 1616 Walnut St., Ste. 1100, Philadelphia, PA 19103 (215) 546-6033 samueldion@aol.com

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC Section 1332**
Brief description of cause:
**Negligence**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) (See instructions):
JUDGE _____ DOCKET NUMBER _____

Explanation:

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Alexis Abbatemarco | : COMPLAINT AND |
| | : JURY TRIAL DEMANDED |
| vs. | : |
| Trump Entertainmwent Resorts, Inc. | : |

## JURISDICTION

1. This action is brought pursuant to 28 U.S.C. §1332 and the amount in controversy exceeds $75,000.00 and there is complete diversity between the parties as set forth herein below.

## VENUE

2. Venue lies in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §1391.

## FACTS

3. The Plaintiff, Alexis Abbatemarco, is an adult individual and at all times relevant hereto resides at 183 Beach 126th Street, Far Rockaway, N.Y. 11694 and at all times relevant hereto was a citizen of the State of New York.

4. Defendant, Trump Entertainment Resorts, Inc. d/b/a Trump Plaza Hotel and Casino, is a corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business located at 1000 Boardwalk at Virginia Avenue, Atlantic City, N.J.

08401 and which does regular, substantial and continuous business in the State of New Jersey. Defendant is a citizen of the State of New Jersey.

5. At all times relevant herein averred, Defendant Trump Entertainment Resorts, Inc. d/b/a Trump Plaza Hotel and Casino, operates a casino and hotel at Mississippi Avenue at the Boardwalk, Atlantic, City, New Jersey, including a dining restaurant known as 24 Central.

6. At all time relevant hereto, Defendant Trump Entertainment Resorts, Inc. d/b/a Trump Plaza Hotel and Casino owned, leased, maintained, and/or controlled these premises where the restaurant 24 Central was located, including a chair used by Plaintiff inside the 24 Central restaurant.

7. On or about April 2, 2010, Plaintiff, Alexis Abbatemarco, was seated on a chair inside the 24 Central restaurant located within the Trump Plaza Hotel and Casino, and as she was leaning over to feed her child, the chair broke causing her body to fall forward and causing her to sustain serious injuries more specifically described below.

8. On or about the same time, date and place and for sometime prior thereto, a dangerous and defective condition existed in the premises, to wit: a defective chair that was not properly secure, which was permitted to remain in its dangerous condition, as a result of the negligence of the Defendant. The area had been allowed by the Defendant to remain in its dangerous and defective state without any remedial action, warnings, repairs or improvements made in any other way which would render it safe for use by the plaintiff.

9. At about the same time, date and place above-referenced, and as a result of being injured as a result of the defective chair collapsing underneath her, the plaintiff suffered and sustained

severe personal injuries requiring medical attention and care, including, but not limited to traumatic cervical pain syndrome with radiculopathy, traumatic lumbosacral pain syndrome with herniated nucleus pulposus at L3/4 and L5/S1, right lateral epicondylitis, and headache.

10. The Defendant, Trump Entertainment Resorts, Inc. d/b/a Trump Plaza Hotel and Casino, acting by and through its employees, workmen, servants, and/or agents within the course and scope of their employment, workmanship, servitude and/or agency, was negligent in that, among other things:

> (a) it did fail to make proper observation of the said dangerous and defective condition of the chair under the circumstances;
>
> (b) it did fail to properly maintain the chair;
>
> (c) it did fail to post proper warnings of the dangerous and defective condition of the chair;
>
> (d) it did fail to properly repair the chair;
>
> (e) it did fail to properly inspect the chair and ascertain that it was dangerous and defective;
>
> (f) it did fail to take the dangerous and defective chair out of service so that it could not be used by patrons of the Defendants, including the Plaintiff;
>
> (g) it did fail to warn the Plaintiff that the chair was dangerous and defective and that the chair was in danger of breaking; and
>
> (h) it did fail to properly train its employees in the inspection and

maintenance of its chairs.

11. As a direct and proximate result of the accident and the Defendant's negligent and careless conduct, plaintiff has suffered severe personal injuries, great pain, agony and inconvenience, all of which may and probably will continue for an indefinite time into the future.

12. As a direct and proximate result of the accident and the Defendant's negligent and careless conduct, plaintiff has incurred economic damages including but not limited to current and future medical expenses;

13. Solely as a direct and proximate result of the accident and the Defendant's negligent and careless conduct, plaintiff has been unable to attend to her recreational activities and hobbies and has suffered a loss of the enjoyment of life, all of which may and probably will continue for an indefinite time into the future.

14. Solely as a direct and proximate result of the accident and Defendant's negligent and careless conduct, plaintiff has sustained a loss of earnings and earning capacity, all of which have been to her great financial detriment and loss and all of which may and probably will continue for an indefinite time into the future.

WHEREFORE, Plaintiff, Alexis Abbatemarco, demands judgment against the Defendant, Trump Entertainment Resorts, Inc. d/b/a Trump Plaza Hotel and Casino , for damages together with interest and costs of suit.

DION&GOLDBERGER, ATTORNEYS AT LAW


BY:  /s/ Samuel A. Dion, Esquire

      Samuel A. Dion, Esquire
      Attorney for Plaintiff
      1616 Walnut Street, Ste. 1100
      Philadelphia, Pa. 19103
      (215) 546-6033
      FAX: (215) 546-6269
      EMAIL: Samueldion@aol.com