UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXIS ABBATEMARCO,<br><br>    Plaintiff,<br><br>v.<br><br>TRUMP PLAZA ASSOCIATES, LLC,<br><br>    Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 12-1438 (JEI)<br><br>**ORDER STAYING AND ADMINISTRATIVELY TERMINATING CASE** |

**APPEARANCES:**

DION & GOLDBERGER, ESQS.
By: Samuel A. Dion, Esq.
1616 WALNUT STREET, SUITE 2316
PHILADELPHIA, PA  19103
    Counsel for Plaintiff

COOPER LEVENSON, P.A.
Russell L. Lichtenstein, Esq.
1125 ATLANTIC AVENUE - THIRD FLOOR
ATLANTIC CITY, NJ  08401
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    The Court having received notice that Defendant Trump Plaza Associates, LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 14-12105 (KG), on September 9, 2014; the filing of this voluntary petition operates as a stay of the above captioned case under 11 U.S.C. § 362(a); and for good cause appearing;

**IT IS** on this 9th day of September, 2014,

    **ORDERED THAT:**

    1.    the instant action is hereby **STAYED**.

    2.    The Clerk of Court is hereby directed to **ADMINISTRATIVELY TERMINATE** this case.

_____
JOSEPH E. IRENAS, S.U.S.D.J.